**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| BRANDON BOYD, a single man, | NO. CV 08-220-PHX-JAT |
| Plaintiff, | |
| vs. | **ORDER** |
| YAMAHA MOTOR CO., LTD., a foreign corporation; YAMAHA MOTOR CORPORATION, U.S.A., a foreign corporation; YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, a foreign corporation; and Black and White Companies I-X, | |
| Defendants. | |

Plaintiff having filed a Motion to Appoint International Process Service (Doc. #11), and good cause appearing therefore, and Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"),

IT IS HEREBY ORDERED GRANTING Plaintiff's Motion to Appoint International

1  Process Service (Doc. #11).

2      IT IS FURTHER ORDERED that Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 92705, and its agents are appointed as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any all documents to be served in this case.

    Dated this 10th day of March, 2008.

_____
James A. Teilborg
United States District Judge